IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

IN RE:

Dennis Westley Eliason and Amy Marie Eliason,     Case No. 21-12161-cjf
                         Debtors.     Chapter 7

Dennis Westley Eliason and Amy Marie Eliason,

                     Plaintiffs,

v.     Adversary Case No. 21-00038

U.S. Department of Education, et al.,

                     Defendants.

## STIPULATION TO DISCHARGEABILITY

Plaintiffs and the United States Department of Education (Education) hereby stipulate:

1. The parties agree that Plaintiff Amy Marie Eliason's repayment of her student loan obligation owing to Education would impose an undue hardship under 11 U.S.C. § 523(a)(8). The parties, therefore, stipulate that her student loans to Education should be declared dischargeable and that the Court enter an order to that effect.

2. The parties further stipulate that Plaintiff Dennis Westley Eliason agrees to dismissal of Education as a defendant in this case, without prejudice and without costs to either party, due to Education granting him an administrative discharge on his student loans, and that the Court may enter an order to that effect.

Dated November 7, 2022

Respectfully Submitted,

For U.S. Department of Education:

TIMOTHY M. O'SHEA
Acting United States Attorney

By:

*s/ Theresa M. Anzivino*
THERESA (ESA) M. ANZIVINO
Assistant United States Attorney
United States Attorney's Office
222 West Washington Avenue, Suite 700
Madison, WI 53703
Phone: (608) 264-5158
theresa.anzivino@usdoj.gov

Dated November 7, 2022

For Plaintiffs:

Dennis Westley Eliason and Amy Marie Eliason

By:

*s/ Daniel C. Risolve*
Daniel Craig Risolve
Christianson & Freund, LLC
920 South Farwell Street
PO Box 222
Eau Claire, WI 54702-0222
715-832-1800
lawfirm@cf.legal